IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KADRIANNE FARMER                                               PLAINTIFF

v.                          No. 4:14-cv-248-DPM

DAVID BOWEN; WILLIE
SCOTT; and EDWARDS FOOD GIANT                    DEFENDANTS

# ORDER

The Court appreciates Farmer's notice and agrees that the correct statute is 42 U.S.C. § 1983. Farmer's request for a thirty-day extension to file her amended complaint is granted in part and denied in part. Amended complaint due by 11 June 2014.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 May 2014