IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KADRIANNE FARMER                                               PLAINTIFF

v.                          No. 4:14-cv-248-DPM

DAVID BOWEN; WILLIE
SCOTT; and EDWARDS FOOD GIANT                                  DEFENDANTS

ORDER

The Court extended Farmer's deadline to file an amended complaint explaining how the grocery store folks acted in concert with state officials. № 3 & 5. The Court warned that if she didn't do so, it would dismiss her complaint without prejudice. № 3. Farmer has provided evidence of her supplemental security income, doctors' reports, and the police incident report. № 6. But she has not filed an amended complaint stating a plausible claim under 42 U.S.C. § 1983 by the deadline. № 5. Her complaint is therefore dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 June 2014