IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KADRIANNE FARMER**                                           **PLAINTIFF**

v.                            No. 4:14-cv-248-DPM

**DAVID BOWEN; WILLIE
SCOTT; and EDWARDS FOOD GIANT**                  **DEFENDANTS**

## JUDGMENT

Farmer's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 June 2014