IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KADRIANNE FARMER**                                                                  **PLAINTIFF**

v.                              No. 4:14-cv-248-DPM

**DAVID BOWEN; WILLIE
SCOTT; and EDWARDS FOOD GIANT**                       **DEFENDANTS**

## ORDER

Motion for reconsideration, № 9, denied. The Court considered all the materials attached to Farmer's recent filing in evaluating the substance of her claims. Taking all her filings into account, she has failed to state a plausible claim for the reasons previously stated. № 3 & 7.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 June 2014